**Order filed, December 03, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00739-CV
_____

**ALTA MESA HOLDINGS, L.P., ALTA MESA ACQUISITION SUB, LLC, THE MERIDIAN RESOURCE & EXPLORATION LLC CHANGE IN CONTROL SEVERANCE PLAN, AND THE MERIDIAN RESOURCE & EXPLORATION, LLC, Appellant**

**V.**

**STEVEN IVES AND LLOYD DELANO, Appellee**

**On Appeal from the 152nd District Court
Harris County, Texas
Trial Court Cause No. 2011-06887**

## ORDER

The reporter's record in this case was due **October 28, 2014**. *See* Tex. R. App. P. 35.1. On **October 31, 2014, Cynthia Montalvo** filed a motion for extension of time to file the record which was granted until **December 01, 2014**. The court has not received a request to extend time for filing the record. The

record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Cynthia Montalvo**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM